

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00019-CV

**IN THE INTEREST OF L.M.S.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06224
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant.

SIGNED March 11, 2020.

_____
Beth Watkins, Justice